IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST LEE VADEN,

       Plaintiff,                    No. CIV S-03-2290 LKK PAN P

    vs.

K. SUMMERHILL, et al.,

       Defendant.              <u>ORDER</u>

_____/

       In accordance with the June 6, 2006 order of the United States Court of Appeals for the Ninth Circuit, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: July 7, 2006.

                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

/vade2290.o